**Juan CLAROS, Petitioner,**

v.

**Alberto R. GONZALES, Respondent.**

No. 06–1310.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 4, 2006.

Decided: Oct. 18, 2006.

Ivan Yacub, Law Office of Ivan Yacub, Falls Church, Virginia, for Petitioner. Peter D. Keisler, Assistant Attorney General, M. Jocelyn Lopez Wright, Assistant Director, Carol Federighi, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Respondent.

Before WILLIAMS, SHEDD, and DUNCAN, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juan Claros, a native and citizen of Bolivia, petitions for review of the Board of Immigration Appeals' ("Board") order affirming, without opinion, the immigration judge's ruling finding Claros removable and denying his motion for a continuance. Claros challenges the denial of the motion for a continuance. We deny the petition for review.

"The immigration judge may grant a motion for continuance for good cause shown." 8 C.F.R. § 1003.29 (2006). Whether to grant such a motion "is within the sound discretion of the immigration judge and is reviewed for abuse of discretion only." *Onyeme v. INS*, 146 F.3d 227, 231 (4th Cir.1998). Based on the materials before us, we find no abuse of discretion in the denial of Claros' motion for a continuance.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*